UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TORI COLEMAN<br>On behalf of herself and all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BHAVESH D. PAVEL, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:20-cv-00925-JG<br><br>JUDGE JAMES GWIN<br><br><br>**STIPULATION AND NOTICE OF<br>FILING OF CORRECTED<br>SETTLEMENT AGREEMENT** |

The parties respectfully give notice of the filing of the attached Corrected Agreement of Settlement and Release.  The parties stipulate that the attached Corrected Agreement shall serve as Exhibit 1 to the parties' Joint Motion for Approval of Settlement (ECF # 41).  The Corrected Agreement corrects a typographical error by making Paragraph 27 of the Agreement state that "Plaintiff Tori Coleman will receive a service award of $3,000.00 in recognition of her assistance to Plaintiff's Counsel and her vital contribution to achieving the Settlement on behalf of all Settlement Class Members."

Respectfully submitted,

 */s/ Scott D. Perlmuter*
SCOTT D. PERLMUTER (0082856)
**TITTLE & PERLMUTER**
4106 Bridge Avenue
Cleveland, OH 44113
Phone: 216-285-9991
Fax: 888-604-9299
Email: scott@tittlelawfirm.com

 _s/ Thomas A. Downie_
Thomas A. Downie (0033119)
46 Chagrin Falls Plaza #104
Chagrin Falls, Ohio 44022
440-973-9000
tom@chagrinlaw.com

_Attorneys for Plaintiff_


_/s/ Matthew Miller_
Matthew Miller (0084977)
Weston Hurd LLP
1301 East Ninth Street, Suite 1900
Cleveland, Ohio 44114
Telephone: 216-241-6602
Facsimile: 216-621-8369
E-mail: mmiller@westonhurd.com

_Counsel for Defendants Bhavani Donuts,
Inc., Chardon Donuts, Inc., Euclid Donuts,
Inc., Janki Donuts, Inc., Manki Donuts,
Niyati Enterprise, LLC, Bhavesh Patel,
Ghanshyam Patel, Jayesh Patel, Shailesh
Patel, Shiv Donuts, Inc., and Shri Boot Maa
Corporation_

_/s/ Barry Freeman_
Barry Y. Freeman (0062040)
Roetzel & Andress, LPA
1375 East Ninth Street, 10th Floor
Cleveland, Ohio 44114
Telephone: 216-615-4850
Facsimile: 216-623-0134
E-mail: bfreeman@ralaw.com

_Counsel for Defendants Lakeshore Donuts,
Inc., Vishnu Donuts Corp., Nilay Patel,
Bhavesh Patel (solely as it relates to his
involvement with Lakeshore Donuts) and
Shailesh Patel (solely as it relates to his
involvement with Vishnu Donuts)_

## **PROOF OF SERVICE**

I certify that on this October 7, 2021, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to all

parties indicated on the electronic filing receipt.

 s/ Thomas A. Downie
Thomas A. Downie (0033119)